# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3552

_____

Stephen W. Carlson,                       *
                                          *
            Appellant,                    *
                                          *   Appeal from the United States
      v.                                  *   District Court for the
                                          *   District of Minnesota.
Ameriprise Financial, Formerly            *
doing business as American Express        *   [UNPUBLISHED]
Financial Advisors,                       *
                                          *
            Defendant,                    *
                                          *
American Express; Minnesota               *
Department of Human Rights,               *
                                          *
            Appellees,                    *
                                          *
Kelly Services,                           *
                                          *
            Defendant.                    *

_____

Submitted: July 30, 2010
    Filed:  February 14, 2011

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

During the pendency of this appeal from the district court's[1] judgment dismissing Stephen Carlson's complaint and imposing sanctions against him, Carlson reached a settlement with all but one of the appellees, and those appellees have been dismissed. Because Carlson has not challenged in his appellate brief the district court's dismissal of his action against the only remaining appellee, the Minnesota Department of Human Rights, see Griffith v. City of Des Moines, 387 F.3d 733, 739 (8th Cir. 2004) (issues not briefed are deemed abandoned), we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.